## Smith *v.* Leechburg Mining Company et al., Appellants.

Argued No-

vember 15, 1967. *George H. Thompson*, with him *Karl E. Weise*, and *Hirsch, Weise & Tillman*, for appellants; *Lloyd F. Engle, Jr.*, with him *Wilner, Wilner and Kuhn*, for appellee.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.